IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CARMEN ROBERTS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 15–cv–0439–MJR–PMF |
| | ) |
| LOWE'S HOME CENTERS, LLC, | ) |
| THOMAS O'BRIEN, | ) |
| RUSSELL MILLER, | ) |
| CATHY BORMAN, and | ) |
| SCOTT BELOTE, | ) |
| | ) |
| Defendants. | ) |

## ORDER REGARDING SETTLEMENT & IMPENDING DISMISSAL

REAGAN, District Judge:

In light of Plaintiff's Notice of Settlement (Doc. 12), in which Plaintiff indicates that the parties have settled the above-captioned action in its entirety, but that additional time is needed to finalize settlement documents and/or file a Stipulation of Dismissal, the undersigned District Judge **DIRECTS** the Clerk of Court, 60 days after this Order is docketed, to **ENTER JUDGMENT OF DISMISSAL** with prejudice. Each party shall bear his/its own costs, unless otherwise provided in the settlement documents.

If the parties fail to finalize the settlement within the 60-day period, they may — before that period expires — move to postpone entry of judgment.

Due to the settlement, the Court **CANCELS** all settings herein; all pending motions are **MOOT**.

IT IS SO ORDERED.
DATE: May 1, 2015

s/ *Michael J. Reagan*
MICHAEL J. REAGAN
Chief Judge
United States District Court